Abel Christiansen #297023
Name and Prisoner/Booking Number

ASPC Perryville
Place of Confinement

P.O. Box 3300
Mailing Address

Goodyear AZ 85338
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
X  FILED        LODGED
   RECEIVED     COPY

   FEB 07 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY                 DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Abel Christiansen AKA Anna Christiansen
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Dr. Murray Young,
(Full Name of Defendant)
in his individual and official capacity,
(2) David Shinn,
in his individual and official capacity,
(3) Centurion Health,

(4) Arizona Department of Corrections,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV22-00218-PHX-JAT--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
Jury Trial Demanded

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: ASPC Perryville, Goodyear AZ .

Revised 12/1/20                                    1                                    **550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: Dr. Murray Young . The first Defendant is employed
as: Associate Regional Medical Director at Centurion Health/Arizona D.O.C.
                (Position and Title)                      (Institution)

2.   Name of second Defendant: David Shinn . The second Defendant is employed as:
as: Director at Arizona Department of Corrections .
                (Position and Title)                      (Institution)

3.   Name of third Defendant: Centurion Health . The third Defendant is employed
as: _____ at _____ .
                (Position and Title)                      (Institution)

4.   Name of fourth Defendant: Arizona Department of Corrections The fourth Defendant is employed
as: _____ at _____ .
                (Position and Title)                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2.   If yes, how many lawsuits have you filed? _____.   Describe the previous lawsuits:

   a.   First prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____ .
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b.   Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____ .
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c.   Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____ .
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: <u>Eighth Ammendment,</u>
<u>deliberate indifference</u>.

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☑ Medical care
   - ☐ Retaliation

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

   Plantiff is a transgender male undergoing a physical transition from female to male and is currently incarcerated at ASPC Perryville. Plantiff suffers from severe gender dysphoria which causes him major emotional turmoil and mental distress. Plantiff requires a double mastectomy in order to address and treat his dysphoria. Current Arizona department of corrections policy contains a "blanket ban" on all gender affirming surgeries for transgender inmates. Plantiff believes that medical decisions should be determined on a case by case basis by medical professionals and that this current policy is unconstitutional. This policy violates the plantiffs eighth amendment right to medical care. Plantiff submitted an informal grievance on 9/24/21 and never recieved a response. Plantiff submitted a formal grievance on 10/19/21 and never recieved a response. Plantiff submitted a grievance appeal on 11/16/21 and never recieved a response. Plantiff met with COIV Colburn on 11/25/21 who reviewed all steps of the grievance process and concluded the plantiff had filed all forms according to policy and within required time frames. She then forwarded the grievance appeal to the Director. Plantiff has not recieved any response from the Director.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

   Plantiff suffers from anxiety, depression, and constant mental distress from his untreated gender dysphoria. He is also in constant physical pain and has difficulty breathing from constantly binding his chest in an attempt to control his dysphoria. Without surgical intervention the plantiffs symptoms will continue to worsen.

5.  **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b.  Did you submit a request for administrative relief on Count I?   ☑ Yes   ☐ No
   c.  Did you appeal your request for relief on Count I to the highest level?   ☑ Yes   ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _Eighth Amendment, deliberate indifference_.

2.  **Count II.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail                    ☐ Access to the court      ☑ Medical care
    ☐ Disciplinary proceedings   ☐ Property                ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety    ☐ Other: _____.

3.  **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

    1. Plantiff is a transgender male incarcerated at ASPC Perryville.
    2. Plantiff is diagnosed with Gender Identity Disorder, a serious medical need.
    3. Despite his continued hormone replacement therapy, the Plantiffs symptoms of gender dysphoria have continued to persist.
    4. Throughout his incarceration, Plantiff has repeatedly requested to meet with a doctor specializing in Gender Identity Disorder.
    5. On or about 9/4/21 Plantiff submitted a Health Needs Request (HNR) stating that his symptoms of gender dysphoria had become unbearable.
    6. On or about 9/5/21 Plantiff was evaluated by Nurse Baker who noted the plantiffs severe emotional and mental distress caused by his dysphoria, as well as the physical pain he experienced from binding his chest. Nurse Baker referred the Plantiff to the medical provider for treatment.
    7. On or about 9/20/21 Plantiff met with provider McEwan and discussed the plantiff undergoing a double mastectomy in order to treat his dysphoria and relieve his physical pain by removing the need to bind his chest. Provider McEwan forwarded the request for surgical intervention to Dr. Murray Young.

    Continued on pages 4-A, 4-B

4.  **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
    Plantiff suffers severe anxiety, depression, and general distress from his gender dysphoria. He also has constant back and chest pain, and has difficulty breathing from binding his chest in attempt to control his dysphoria.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count II?  ☑ Yes  ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?  ☑ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

4

D. Cause of Action, Count II, Supporting Facts, continued

8. On or about 9/23/21 the plantiff met with Provider McEwan to go over Dr. Murray Young's response to the request for surgery, specifically a double mastectomy.

9. Both Provider McEwan and the plantiff read the email response from Dr. Murray Young in which he denied the request for surgery and claimed that the plantiff should simply "stop taking estrogen" to resolve his dysphoria and chest pain.

10. Plantiff has never taken estrogen in his life.

11. Plantiff filed a medical grievance regarding this matter on 9/23/21

12. On 10/15/21 plantiff recieved a response to his medical grievance instructing him to submit another HNR.

13. On or about 10/15/21 Plantiff filed a formal medical grievance and submitted another HNR as instructed.

14. On 10/19/21 Plantiff met with a mental health provider and expressed the constant anxiety and depression he experienced as a result of his dysphoria. Plantiff was instructed to submit another HNR.

15. On 10/19/21 plantiff submitted another HNR as instructed and filed another medical grievance.

16. On 11/16/21 plantiff filed a formal medical grievance.

17. In late November of 2021 (awaiting medical records to determine exact date) plantiff met with Dr. Ibrahim for a routine "Chronic care" visit.

18. Dr. Ibrahim evaluated the plantiff and determined that surgery was medically necessary, he then submitted a referral request for a surgical consultation.

4-A

D. Cause of Action, Count II, Supporting Facts, continued

19. On 12/7/21 Plantiff met with Dr. Ibrahim for a follow-up visit.

20. Dr. Ibrahim stated that his request for the Plantiff to attend a surgical consultation for a double mastectomy had been denied by Dr. Murray Young.

21. In his denial Dr. Young stated a double mastectomy was not neccesary because it was a "cosmetic" procedure.

22. Current standards of care according to the WPATH (World Professional Association of Transgender Health) guidelines, affirm that under the plantiffs circumstances this surgery is not considered cosmetic and is absolutely medically neccesary.

23. Dr. Young did not offer any further explanation for opposing Dr. Ibrahims evaluation and denying the request for a surgical consultation.

24. Dr. Young has never medically evaluated or treated the Plantiff.

25. Dr. Young violated the plantiffs eighth ammendment rights by preventing him from undergoing a medically necessary surgery. In doing so, he displayed deliberate indifference to the Plantiffs medical needs.

26. Dr. Young was aware that his actions violated the Plantiffs rights due to his involvement in a previous case Edmo V. Corizon (9th Cir, 2019) Dr. Murray Young was a defendant in that case and judgement was entered for the Plantiff.

4-B

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Count III.**   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
☐ Basic necessities       ☐ Mail            ☐ Access to the court        ☐ Medical care
☐ Disciplinary proceedings  ☐ Property        ☐ Exercise of religion        ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count III.   Describe exactly what
**each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without
citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.   **Administrative Remedies.**
  a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at
       your institution?                                                    ☐ Yes      ☐ No
  b.   Did you submit a request for administrative relief on Count III?           ☐ Yes      ☐ No
  c.   Did you appeal your request for relief on Count III to the highest level?    ☐ Yes      ☐ No
  d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
       _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

### E.   REQUEST FOR RELIEF

State the relief you are seeking:

WHEREFORE, Plaintiff hereby requests that the Court enter judgment against Defendants as follows:

A. For a preliminary injunction prohibiting the Defendants from destroying, deleting, or altering any records, notes, emails, documents, or electronic files relating to the plaintiffs medical care.

B. For a preliminary injunction ordering the Defendants to furnish the plaintiff with all of his medical records. Continued on pages 6-A, 6-B

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____01/31/2022_____          _____a. Christiansen_____
                    DATE                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

E. Request for Relief, continued

C. For a preliminary injunction ordering the Defendants to arrange for the Plantiff to immediatly attend a surgical consultation with a doctor experienced in performing double mastectomys on transgender men.

D. For a permanent injunction ordering the defendants to allow the Plantiff to undergo surgery and take all action necessary to ensure the completion of the Plantiffs double mastectomy.

E. For a permanent injunction ordering the Defendants to provide appropriate post-surgical medical care and arrange for any revision surgery should it be necessary.

F. For a permanent injunction ordering the defendants to change the Arizona Department of Corrections Policy to state that all transgender inmates shall recieve approprate medical care in compliance with the WPATH standard of care.

G. For a permanent injunction ordering the Defendants to treat all current and future transgender inmates according to the WPATH (World Professional Assosiation of Transgender Health) standard of medical care.

H. For a permanent injunction ordering the Defendants to pay all medical bills and cover all costs for the plantiff to undergo a double mastectomy at a later date should they fail to provide surgery prior to his release from the Arizona Department of Corrections.

I. For all costs and expenses related to this action,

6-A

E. Request For Relief, continued

J. For compensatory damages in the amount of $20,000.

K. For punitive damages in the amount of $5,000.